UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA ex rel. NONA WATSON,

        Plaintiffs,

v.                                            19-CV-1564

CITY OF BUFFALO

        Defendant.

---

## ORDER

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730 (b)(4). Therefore,

**IT IS ORDERED** that

1. The Complaint is unsealed and served upon the defendant by the Relator;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the Relator will serve upon the defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motion papers filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. §3730(c)(3). The United States may order and secure without further order of the court any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. The clerk of the court shall send orders of this court to the United States;

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, they shall first obtain the written consent of the United States in accordance with 31 U.S.C. § 3730 (b)(1).

**SO ORDERED.**

This 21st day of March, 2023

_____
HONORABLE CHRISTINA REISS
UNITED STATES DISTRICT COURT JUDGE