THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA ex rel. NONA WATSON,

        Plaintiffs,                              19-cv-1564

    -v-

CITY OF BUFFALO

        Defendant.
_____

## GOVERNMENT NOTICE OF CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. §3730(b), and in light of Relators' Notice of Voluntary Dismissal, the United States hereby notifies the Court of its consents to the dismissal provided that it is without prejudice as to the United States.

DATED: Buffalo, New York, March 28, 2023

                                                TRINI E. ROSS
                                                United States Attorney

                           BY:    s/KEVIN D. ROBINSON
                                       Assistant United States Attorney
                                       Western District of New York
                                       138 Delaware Avenue
                                       Buffalo, New York 14202
                                       (716) 843-5804
                                       Kevin.Robinson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March 2023, a copy of the foregoing Notice of Consent to Dismissal was mailed by first class mail, postage prepaid to:

**Counsel for Relator**
Harvey P. Sanders, Esq.
Sanders & Sanders
401 Maryvale Drive
Cheektowaga, NY 14225

s/REBECCA L. BESCH
Paralegal Specialist
US Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202